OPINION — AG — ** MUNICIPALITY — MILITARY LEAVE ** WEEKEND DRILLS OR TRAINING ASSEMBLY DAYS, WHICH MUST BE ATTENDED BY NATIONAL GUARD MEMBERS, CANNOT BE DEDUCTED FROM THE TWENTY DAY PROVISIONS OF 44 O.S. 209 [44-209] (MILITARY, MUNICIPALITY, NATIONAL GUARD, MILITARY LEAVE, ACTIVE DUTY, ACTIVE SERVICE, TRAINING) CITE: 44 O.S. 71 [44-71], 44 O.S. 209 [44-209], 10 U.S.C.A. 101(22), 10 U.S.C.A. 101(24), 10 U.S.C.A. 270 (GUY L. HURST)